UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER RUDDER, : | |
| : | |
| Plaintiff, : | |
| : | Civil Action No. 09-2174 (RJL) |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |
| _____: | |

## NOTICE OF WITHDRAWAL OF APPEARANCE

The Clerk of said Court will please withdraw the appearance of Esther Yong, Assistant Attorney General, on behalf of Defendants the District of Columbia and William Chatman.

Dated: March 8, 2013         Respectfully submitted,

IRVIN B. NATHAN
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General
Civil Litigation Division

/s/ Kimberly M. Johnson
KIMBERLY MATTHEWS JOHNSON [#435163]
Chief, General Litigation Section I

/s/ Esther Yong
ESTHER YONG [#988479]
Assistant Attorney General
441 Fourth Street, N.W.
Sixth Floor South
Washington, DC 20001
(202) 741-0760
(202) 730-1486 (fax)
Esther.Yong@dc.gov